Certificate Number: 15111-PAE-DE-031133150

Bankruptcy Case Number: 18-11400



15111-PAE-DE-031133150

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2018, at 7:04 o'clock PM EDT, Kenneth Edward Dorsey completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 4, 2018                By:   /s/Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education