IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth Dorsey<br><br>　　　　　　Debtor(s)<br><br>Deutsche Bank National Trust Company as Trustee for the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates Series 2007-MLN1<br>　　　　　　Moving Party<br>　vs.<br><br>Kenneth Dorsey<br>　　　　　　Debtor(s)<br><br>Gary F. Seitz Esq.<br>　　　　　　Trustee | CHAPTER 7<br><br>NO. 18-11400 elf<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this  13th  day of    June   , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under S11 U.S.C. Section 362, is modified to allow Deutsche Bank National Trust Company as Trustee for the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates Series 2007-MLN1 and its successor in title to proceed with the ejectment action regarding the premises 100 Raven Court Berlin, NJ 08009. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**