United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-11400-elf
Kenneth Dorsey                                                  Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Jun 13, 2018
                              Form ID: pdf900         Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
```
db              +Kenneth Dorsey,    5100 North 15th Street,    Philadelphia, PA 19141-1623
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 14 2018 01:46:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:46:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2018 01:46:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                    TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
               the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed
               Certificates Series 2007-MLN1 bkgroup@kmllawgroup.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Kenneth  Dorsey ecfbc@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kenneth Dorsey | CHAPTER 7 |
| Debtor(s) | |
| Deutsche Bank National Trust Company as Trustee for the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates Series 2007-MLN1 | NO. 18-11400 elf |
| Moving Party | |
| vs. | |
| Kenneth Dorsey | 11 U.S.C. Section 362 |
| Debtor(s) | |
| Gary F. Seitz Esq. | |
| Trustee | |

## ORDER

AND NOW, this 13th day of June , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under S11 U.S.C. Section 362, is modified to allow Deutsche Bank National Trust Company as Trustee for the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates Series 2007-MLN1 and its successor in title to proceed with the ejectment action regarding the premises 100 Raven Court Berlin, NJ 08009. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**