United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11400-elf
Kenneth Dorsey                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Jun 15, 2018
                            Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
db             +Kenneth Dorsey,    5100 North 15th Street,    Philadelphia, PA 19141-1623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed
               Certificates Series 2007-MLN1 bkgroup@kmllawgroup.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Kenneth  Dorsey ecfbc@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Kenneth Dorsey : Case No. 18−11400−elf
    Debtor(s)

## *ORDER*
_____

    AND NOW, this day , 15th day of June, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

18
Form 195