United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenneth Dorsey  
      Debtor

Case No. 18-11400-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2     Date Rcvd: Jun 15, 2018  
                        Form ID: 318     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
```
db              +Kenneth Dorsey,    5100 North 15th Street,    Philadelphia, PA 19141-1623
14066223        +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
14066224       #+CYNTHIA DORSEY,    100 RAVEN COURT,    Berlin, NJ 08009-9723
14066225       #+CYNTHIS DORSEY,    100 RAVEN COURT,    Berlin, NJ 08009-9723
14066228        +Freedom Cu,    626 Jacksonville Rd Ste,    Warminster, PA 18974-4872
14066231        +KML LAW GROUP,    216 HADDON AVENUE,    SUITE 406,    Collingswood, NJ 08108-2812
14066232       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  NATIONSTAR MORTGAGE,     350 HIGHLAND DRIVE,    Lewisville, TX 75067)
14066233        +Ncb,    1 Allied Dr,    Trevose, PA 19053-6945
14066235        +Ocwen Mortgage,    P.O. Box 6440,    Carol Stream, IL 60197-6440
14066237        +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
14066238        +State of New Jersey,    Division of Taxation,    Revenue Processing Center,    P.O. Box 111,
                  Trenton, NJ 08645-0111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 16 2018 02:07:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2018 02:06:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 16 2018 02:06:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14066226        +EDI: DCI.COM Jun 16 2018 05:53:00      Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
14066227        +E-mail/Text: bknotice@ercbpo.com Jun 16 2018 02:06:19      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14066230        +EDI: IRS.COM Jun 16 2018 05:53:00      IRS,    600 Arch Street,    Room 5200,
                 Philadelphia, PA 19106-1611
14066229        +E-mail/Text: compliance@iqdata-inc.com Jun 16 2018 02:07:44      Iq Data International,
                 1000 Se Everett Mall Way,    Everett, WA 98204-2814
14066234        +Fax: 407-737-5634 Jun 16 2018 03:27:38      Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
14066236        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2018 02:06:07      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14066239        +EDI: VERIZONCOMB.COM Jun 16 2018 05:53:00      Verizon,    Po Box 650584,    Dallas, TX 75265-0584
                                                                                               TOTAL: 10
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin             Page 2 of 2            Date Rcvd: Jun 15, 2018
                              Form ID: 318            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:

        GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
         the Certificateholders of Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed
         Certificates Series 2007-MLN1 bkgroup@kmllawgroup.com
        MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Kenneth  Dorsey ecfbc@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Kenneth Dorsey** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5728** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | |
| Case number:  **18–11400–elf** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth Dorsey

<u>6/14/18</u>                                      **By the court:**  <u>Eric L. Frank</u>
                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                       **Order of Discharge**                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**